REALLOTTED TO SECTION "B" PER HWC 9-3-71
Case 2:71-cv-01316-ILRL-JCW   Document 189   Filed 01/10/13   Page 1 of 13
THREE JUDGE
CIVIL DOCKET
UNITED STATES DISTRICT COURT
D. C. Form No. 106A Rev.

Jury demand date:

# 71-1316

B (2)

| TITLE OF CASE | ATTORNEYS |
|---|---|
| 3-JUDGE COURT HEEBE - GORDON - WISDOM 10-13-71<br><br>3-JUDGE COURT<br><br>OLESS BRUMFIELD, et al*<br><br>vs<br><br>WILLIAM J. DODD, et al*   (Deleted)<br><br>LOUIS J. MICHOT, State Superintendent of Ed.<br>(Substituted for Wm. J. Dodd on 5/21/75)<br><br>State Board of Elementary & Secondary<br>Education & its Members:  (Add. 5/21/75)<br><br>MR. JESSE BANKSTON<br>MR. EDWARD BOPP<br>MR. CHARLES CASTILE<br>MR. F. A. DAVIS<br>FATHER PATRICK J. HUNTER, S. J.<br>BROTHER FELICIAN FOURRIER, S. C.<br>DR. MICHAEL LOMBARD<br>MRS. HELEN REEDS<br>MR. A. J. ROY<br>MRS. MARIE LOUISE SNELLINGS<br>MR. LOUIS WATKINS<br><br>Leon Whitten, District Attorney<br>Second Judicial District<br>Jonesboro, La.<br><br>George Strickler JR<br>LeBlanc, Strickler & Woolhandler, One Poydras Plaza, 639 Loyola Ave., Suite 1075<br>New Orleans, La.  70113<br>(504) 581-4346 | For plaintiff:<br>DEBRA A. Millenson<br>606 Common Street - Suite 405<br>New Orleans, La. 70130<br>523-1797<br><br>Leonard P. Avery, AUSA<br>500 St. Louis Street<br>New Orleans, La. 70130 (589-2921)<br>For: Intervenor<br><br>Thomas M. Keeling, Esq., TA<br>Lawrence L. Newton, Esq., TA<br>Department of Justice<br>Washington, D. C.  20530 (202) - 739-4092<br>For: Intervenor<br><br>For defendant:<br>Jack P. F. Gremillion    John E. Jackson, Jr<br>Attorney General        2nd Asst. Atty. Gen.<br>Baton Rouge, La. Connie  Baton Rouge, La.<br><br>JOHNSTON, JOHNSTON AND THORNTON<br>James J. Thornton, Jr., TA<br>406 Lane Bldg., Shreveport, La. 71101<br>For  Sam L. Ledbetter and Jackson Parish<br>     School Board.<br><br>Woodrow W. Erwin, District Attorney<br>P.O. Box 393, Franklinton, La. 70438 839 2141<br>For: James Bailey, Earl Brown and Washington<br>     Parish School Board. |

| STATISTICAL RECORD | COSTS | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | | 5-11-71 | LAWYERS CONST. DEF. COMMITTEE. | 15.00 | |
| J.S. 6 mailed APR 1976 | Marshal | | 5-13-71 | C..D.. 114 | | 15.00 |
| Basis of Action:<br>DEPRIVED RIGHTS OF 14th AMENDMENT -<br>PRACTICES EXCLUDING BLACK<br>STUDENTS FROM ADMISSION ON THE<br>BASIS OF RACE.<br>Action arose at: | Docket fee<br><br>Witness fees<br><br>Depositions | | | | | |

71-1316

OLFSC BRUMFIELD, as next friend of )
ERVIN BRUMFIELD, MERITA BRUMFIELD, )
PRESTON BRUMFIELD and ALAN BRUMFIELD; )
REV. JOHN DEMLY, as next friend of DOROTHY )
CEASAR, MARY CEASAR and KING JOHNSON )
CEASAR; WOODROW W. WILEY, JR., as next )
friend of DONNA WILEY, PAMELA WILEY and )
WOODROW W. WILEY III; VERGIE DELORIS )
LEWIS, as next friend of KERRY LYNN SIMS; )
ROBERT LEWIS, as next friend of ANTHONY )
LEWIS and ANICE LEWIS; HARVEY JOHNSON, )
as next friend of RICKY JOHNSON; and MOSES )
WILLIAMS, as next friend of JAMES LEE WILLIAMS, )    71-1316
JESSE LEE WILLIAMS, BRENDA FAY WILLIAMS, )
MATRA LUCILLE WILLIAMS and RHONDA RENEE )
WILLIAMS; on behalf of themselves and others )    CIVIL ACTION
similarly situated, )
) N.
                       Plaintiffs, )
) SECTION
v. )
)
WILLIAM J. DODD, Superintendent of Public Education )
of the State of Louisiana; THE LOUISIANA STATE )
BOARD OF EDUCATION; MARY EVELYN PARKER, )
Treasurer of the State of Louisiana; JAMES BAILEY, )
Superintendent of Schools, Washington Parish; EARL )
BROWN, Acting Superintendent of Schools, Washington )
Parish; THE WASHINGTON PARISH SCHOOL BOARD; )
CYPRIAN T. SCHOEN, Superintendent of Schools, )
St. Tammany Parish; THE ST. TAMMANY PARISH )
SCHOOL BOARD; CHARLES E. THOMPSON, Superintendent )
of Schools, Tensas Parish; THE TENSAS PARISH SCHOOL )
BOARD; HUGH W. WHATLEY, Superintendent of Schools, )
Claiborne Parish; THE CLAIBORNE PARISH SCHOOL )
BOARD; BEN GREEN, Superintendent of Schools, Concordia )
Parish; THE CONCORDIA PARISH SCHOOL BOARD; )
SAM L. LEDBETTER, Superintendent of Schools, Jackson )
Parish; THE JACKSON PARISH SCHOOL BOARD; )
M. A. PHILLIPS, Superintendent of Schools, Madison )
Parish; and THE MADISON PARISH SCHOOL BOARD, )
)
                       Defendants. )

B  71-1316

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 5-11-71 | COMPLAINT - 18 summons issued. | 1 |
| 5-11-71 | Plft's first interrogatories to deft william dodd and deft state board of education. | 2 |
| 5-11-71 | Plft's first interrogatories to deft Earl Brown and James Bailey and Washington Parish School Board. | 3 |
| 5-11-71 | Plft's first interrogatories to deft Cyprian T. Schoen and St. Tammany Parish School Board. | 4 |
| 5-11-71 | Plft's first interrogatories to deft Charles Thompson and Tensas Parish School Board. | 5 |
| 5-11-71 | Plft's first interrogatories to deft Hugh Whatley and Claiborne Parish School Board. | 6 |
| 5-11-71 | Plft's first interrogatories to deft Ben Green and Concordia Parish School Board. | 7 |
| 5-11-71 | Plft's first interrogatories to deft Sam L. Ledbetter and Jackson Parish School Board. | 8 |
| 5-11-71 | Plft's first interrogatories to deft M. A. Phillips and Madison Parish School Board. | 9 |
| 5-21-71 | Rtn on Summons, Interrog and Complaint, Executed as to Gaynor A. Dawson and the Claiborne Parish School Board on 5-14-71. | 10 |
| 5-21-71 | Rtn on summons, executed as to Earl Brown on 5-18-71, Executed as to James Bailey on 5-18-71. | 11 |
| 5-21-71 | Rtn on summons, Interrog, Etc., executed as to St Tammany Parish School Board on 5-18-71, Executed as to Cyprian T. Schoen on 5-18-71, Executed as to Washington Parish School Board, Thru, R. W. Richardson on 5-18-71. | 12 |
| 5-24-71 | Rtn on summons, executed as to Concordia Parish School Board, thru, J. W. Calhoun, on 5-17-71; Executed as to Ben Green, Concordia Parish School Board on 5-17-71; executed as to Sam Ledbetter, Jackson Parish School Board, Jonesboro, La. on 5-17-71; Executed as to Jackson Parish School Board, thru, A. A. Meredith on 5-17-71; Executed as to M. A. Phillips, Madison Parish School Board, Tallulah, La., Executed as to T. G. Wyly, Jr., Madison Parish School Board on 5-17-71; Executed as to Charles E. Thompson, Tensas Parish School Board, St. Joseph, La. on 5-17-71; Executed as to Tensas Parish School Board thru, Fred Miller on 5-17-71; Executed as to La State Board of Education, thru, F. L. Tannehill on 5-17-71 at Pineville, La. | 13 |
| 5-28-71 | M.R. on summons served on Mary E. Parker and William J. Dodd on 5-18-71. | 14 |
| 6-2-71 | Defts Motion and ORDER that defts are granted an enlargement of time till 7-7-71 to answer.(HWC) ent 6-3-71. | 15 |
| 6-8-71 | ANSWER to interrog in behalf of Sam L. Ledbetter and Jackson Parish School Board. | 16 |
| 6-8-71 | Response filed in behalf of Jackson Parish School Board and Sam L. Ledbetter. | 17 |
| 6-17-71 | ANSWERS to Pltf's 1st Interrog to Earl Brown, James Bailey and Washington Parish School Board. | 18 |

(SEE NEXT PAGE)

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 6-17-71 | ANSWER of Tensas Parish School Board and Charles E. Thompson, Superintendent of Schools, Tensas Parish, La., To Pltf's 1st Interrog. | 19 |
| 6-17-71 | ANSWER by all defts. | 20 |
| 6-30-71 | Answers to 34 Interrog by St Tammany Parish School Board, Supt. C. J. Schoen. | 21 |
| 7-6-71 | Deft's motion and order that William J. Dodd, Et als, are granted a further enlargement of time until 8-9-71 to answer. (HWC) ENT 7-7-71. | 22 |
| 7-15-71 | Pltfs motion to compel answers to Interrog to defts William J. Dodd and the State Board of Education and notice of hrg on 8-11-71. | 23 |
| 8-9-71 | ANSWER by Earl Brown, The Washington Parish School Board, Cyprian T. Schoen and the St. Tammany Parish School Board. | 24 |
| 8-9-71 | Deft Concordia Parish School Board's motion to dismiss and notice of hrg on 9-1-71 | 25 |
| 8-9-71 | DEFTS C. E. Thompson, The Tensas Parish School Board, M. A. Phillips, The Madison Parish School Board, H. W. Whatley and the Claiborne Parish School Board's motion to dismiss and notice of hrg on 9-1-71. | 26 |
| 8-9-71 | Defts State board of Education, William J. Dodd, Mary Evelyn Parker and Jack Gremillion's motion to dismiss and notice of hrg on 9-1-71. | 27 |
| 8-9-71 | Deft William J. Dodd's motion and order that the hrg on pltfs' motion to compel answers to Interrog. previously set for 8-11-71 is continued to 9-1-71. (HWC) ENT 8-10-71. | 28 |
| 9-1-71 | Hrg on motion of deft, Concordia Parish School Board, to Dismiss<br>Motion of defts, C. E. Thompson, the Tensas Par. School Board, M.A. Phillips, the Madison Par. School Board, H. W. Whatley and the Claiborne Par. School Board to dismiss.<br>Hrg on motion of defts, State Board of Education, W. J. Dodd, Supt. of Public Education of the State of La. and M. E. Parker, Treasurer of the State of La. to dismiss.<br>Motion of Pltf to compell answers to Interrog.<br>Insofar as the motion of pltf to compel answers to Interrog. is concerned, deft has filed answers and the motion is moot.<br>Order that the other above motions set for hrg are CONTINUEE to be reassigned. (HWC) ENT 9-2-71. | 29 |
| 9-3-71 | M.E. and order that the clerk of this Court reallot this matter to a section of the court other than Section "A". Reallotted to Section "B" (HWC) ENT 9-3-71 | 30 |
| 9-10-71 | Pltf's motion and order that this action be dismissed as to defts Ben Green, Superintendent of Schools of Concordia Parish, and the Concordia Parish School Board. (FJRH) ENT 9-13-71. | 31 |
| 10-13-71 | **MULTIPLE PARTY DISMISSAL**<br>Order appointing JUDGES Heebe, Gordon and Wisdom to a three judge court by the 5th Circuit Court of Appeals. (BROWN) ENT 10-13-71 | 32 |
| 11-19-71 | M.E. and ORDER that a status conf. is set for 12-13-71 (FJRH) ENT 11-19-71 | 33 |

(OVER)

71-1316

| DATE | PROCEEDINGS | Order or Judgment Noted |
|---|---|---|
| 12-14-71 | M.E. and order a status conf. was held on 12-13-71; A hrg is set for 1-19-71 on the motions to dismiss. (FJRH) ENT 12-14-71. | 34 |
| 12-28-71 | ANSWERS to Interrog propounded to W. J. Dodd, and State Board of Education. | 35 |
| 1-5-72 | ANSWERS to Interrog. propounded by Pltf to Claiborne Parish. | 36 |
| 1/13/72 | ANSWER on behalf of William J. Dodd, The La. State Bd. of Education and Mary Evelyn Parker | 37 |
| 1/14/72 | Answers to interrogs. propounded by Pltfs. to Madison Parish | 38 |
| 1/13/72 | Supplemental motion to dismiss by defts. Hearing Jan. 19, 1972 at 9 A.M. | 39 |
| JUN 28 1973 | Issg. Notice of Calling of Docket      JUL 18 1973 | 40 |
| 7-24-73 | M.E. (FJRH) ORDERED that a status conf. be set for 9-5-73 at 9:30 a.m. | 41 |
| 8-1-73 | Letter substituting counsel. | 42 |
| 9-12-73 | M.E. (FJRH) ORDERED that the status conf. set for 9-13-73 be continued to 9-21-73; ent. 9-13-73. | 43 |
| 9-24-73 | M.E. (FJRH) 9-21-73 ORDERED; that another pre-trial conf. be set for 1-11-74, at 9:00 a.m., ent. 9-24-73. | 44 |
| 1-15-74 | La. State Board's motion and ORDERED that the status conf. scheueld for 1-11-74, be re-scheduled for 2-21-74, @ 9:15 a/m. (FJRH) 1-11-74, Ent. 1-15-74. | 45 |
| 10/9/74 | MTN. & ORDER allowing G. M. Strickler, Jr. to remove record for period not to exceed 3 days. ABR, ent. 10/9/74 | 46 |
| 11/22/74 | M.E. ORDER Status Conf. set 1/3/75. FJRH, ent. 11/25/74. | 47 |
| 12/5/74 | NOTICE OF DEPOSITION of Claiborne Academy 12/16/74. | 48 |
| 12/5/74 | NOTICE OF DEPOSITION of Tensas Academy 12/18/74. | 49 |
| 12/5/74 | NOTICE OF DEPOSITION of Tallulah Academy 12/18/74. | 50 |
| 12/9/74 | DEPOSITION of R. Horenman 10/29/74. | 51 |
| 12/9/74 | DEPOSITION of H. Gardiner 10/29/74. | 52 |
| 12/9/74 | DEPOSITION of R. Carrier 12/29/74. | 53 |
| 2/3/75 | Pltf's. notice to take depo. of Rex C. Pearce on 2/12/75 | 54 |
| 2/10/75 | M.R. on subp. to Rex C. Pearce on 2/6/75 | 55 |
| 2/21/75 | Reporter's transcript of Mr. Cyprian Joseph Schoen, Jr. , Superintendent, St. Tammany Parish Schools, Covington, La. had on 2/6/75 at the School Board Bldg. | 56 |

(Dee #3)

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 2/25/75 | Depo. of Rex C. Pearce on 2/12/75 | 57 |
| 5/19/75 | Government's mtn to intervene as plaintiff; No hrg. date set | 58 |
| 5/21/75 | Mtn. & ORDERED that Louis J. Michot, State Superintendent of Education be substituted for William J. Dodd, State Superintendent when the suit was filed; & State Board of Elementary & Secondary Education & its members Mr. Jesse Bankston, Mr. Edward Bopp, Mr. Charles Ca stille, Mr. F. A. Davis, Father Patrick J. Hunter S. J., Brother Felician Fourrier, S. C., Dr. Michael Lombard, Mrs. Helen Reeds, Mr. A. J. Roy, Mrs. Marie Louise Snellings, Mr. Louis Watkins be substituted as defts. for the Louisiana State Board of Education (FJRH) ent 5/22/75m | 59 |
| 6/4/75 | Hrg. Held on mtn of the U. S. to intervene as plaintiff _ GRANTED (FJRH) | 60 |
| 6/4/75 | Complaint in Intervention by the USA | 61 |
| 7/2/75 | Joint stipulation that the attached exhibits should be made a part of the record | 62 |
| 7/22/75 | Plaintiffs motion for expedited hearing & ORDERED that plaintiff's mtn. for submission of the case on the record be heard on 7/30/75 at 10 A.M. (FJRH) ent 7/23/75 | 63 |
| 7/22/75 | Plaintiffs mtn. to submit case for decision on the record; Hrg. 7/30/75 | 64 |
| 7/30/75 | Hrg. on mtn. of pltfs. for expedited hearing; Mtn. of pltfs to submit case for decision on the record; GRANTED; Matter submitted to the 3 Judge Panel on 8/18/75 any additional memorandum to be submitted before that time | 65 |
| 10/3/75 | Pltf's. response to defts'. opposition to request for attorney's fee | 66 |
| 12/2/75 | M.E. In Light of the reasons stated we believe an award of $7,150.00 in attorney fees plus expenses incurred of $1, 127.70 is appropriate (FJRH) ent 12/3/75 | 67 |
| 12/2/75 | ORDER: ORDERED that the defts, are permanently enjoined from distributing or making available textbooks, library books, transportation, school supplies, equipment, & any other type of assistance, or funds for such assistance, to any racially discriminatory private school or to any racially segregated private school; etc (see Order) The court retains continuing jurisdiction of this cause for the purpose of issuing such further & supplemental orders as may be necessary to effectuate the intent of the foregoing (FJRH) ent 12/3/75 | 68 |
| 12/2/75 | FINDINGS OF FACT & CONCLUSIONS OF LAW by the Court (FJRH), (JMWisdom) & (JMGordon) ent 12/3/75 | 69 |
| 3/4/76 | Amended ORdER of 12/2/75 (FJRH) ent 3/4/76 | 70 |
| 4/20/76 | ORDER OF JUDGMENT: ORDERED that there be judgment in favor of plaintiffs' counsel George M. Strickler, Jr. & against the defts named above in the sum of $8,277.79 (FJRH) 4/19/76 ent 4/20/76 (legal interest there on from December 2, 1975 until paid)  Closed | 71 |



| DATE | PROCEEDINGS | Date Order or Judgment Not |
|---|---|---|
| 4/27/76 | Mtn. & ORDEaED that the Board of Elementary & Secondary Education submit to the court its determination or or before 5/30/76 (FJRH) ent 4/30/76 | 72 |
| 6/8/76 | Mtn. of Attorney General for the State of Louisiana & ORDER allowing mtn. & all a attached documents be filed herein (FJRH) ent 6/9/76 | 73 |
| 7/7/76 | Letter from the State Department of Education, dated 7/1/76 enclosing information & Exhibits as stated in the letter | 74 |
| 7/15/76 | Letter from the State of Louisiana, Department of Education enclosing Exhibit A Forms which have been processed & ruled upon by the Board of Elementary & Secondary Education - (329 Exhibit "A" FOrms - 5 volumes) | 75 |
| 7/22/76 | Filing Miscellaneous materials for papers    for different parishes | 76 |
| 8/2/76 | Joint Mtn. & ORDERED that defts &/or the private Schools listed in the attachment A. to this order are to appera before this Court on 9/10/76 to show cause at 10 A.M. (FJRH) 7/30/76   ent 8/2/76 | 77 |
| 8/2/76 | Joint response & ORDERED that the private schools named in Attachment A to this Order are conditionally approved for the receipt of State Assistance for the 1976-77 School year; Pltf's. & pltf'. intervenor may file objections with this Court to the eligibility of these schools to receive State assistance on or before 12/1/76 (FJRH) 7/30/76 ent 8/2/76 | 78 |
| 8/23/76 | United States of America's notice to take depos of following: Rev. Harley St. John on 8/25/76 at 1:30; Dr. James A. White, III on 8/26/76 at 9 a.m.; Edward Todtenbier on 8/26/76 at 3 p.m.; Sid Dean on 8/27/76 at 9 a.m.; Cecil Ross on 8/27/76 at 4:30 p.m. | 79 |
| 8/25/76 | United States's notice to take depos of following: W.C. Coleman at 9 a.m. on 8/31/76. Joe Hoy at 9 a.m. on 9/1/76; Rv. Olin Jones at 4:30 on 9/1/76; A.V. Cousin at (9:00 a.m.) on 9/2/76; Harond Gautreaux at 10:30 a.m. on 9/2/76; Frank Fernandez at 10:30 a.m. on 9/2/76; Albert LaFrance at 2:30 p.m. on 9/2/76; Frank J. Patti at 4 p.m. on 9/2/76 Harry B. DeKay, Jr., at 9 a.m. on 9/3/76; Fritts Martines at 2 p.m. on 9/3/76. | 80 |
| 8/25/76 | United State's request & issg. of (5) subps. | 81 |
| 9/1/76 | Mtn. & ORDERED that the case against Natchitoches Academy, Inc. is upset from rule fixing on 9/10/76 & the matter is cont'd. until reset (FJRH) ent 9/2/76 | 82 |
| 9/2/76 | Depo. of Doctor James A. White, III on 8/26/76 | 83 |
| 9/8/76 | M.R. on subp. to Albert LaFrance; Harold Gautreaux: Frank Fernandez; & A. P. Cousin & Frank J. Patti on 8/29/76 | 84 |
| 9/9/76 | Depo. of Joseph E. Hoy on 9/1/76 | 85 |
| 9/9/76 | Depo. of Ed Todtenbier on 8/26/76 | 86 |

(See #4)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 71-1316 |
|---|---|---|
| OLESS BRUMFIELD, et al | William J. Dodd, et als | PAGE 4 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 9/10/76 | 87 | Govt's. mtn. & ORDERED that the Atonement Lutheran School, Child's World School, St. Christopher's Episcopal Day School, Stuart Preparatory School & Wonderland Private School are conditionally approved for the receipt of State assistance for the 1976-77 School Year (FJRH) ent 9/13/76 |
| 9/10/76 | 88 | Govt's. mtn. & ORDERED that the Evangelical Christian Day School in Avoyelles Parish is approved for the receipt of State Assistance for the 1976-77 school yr. (FJRH) ent 9/13/76 |
| 9/13/76 | 89 | M.E. ORDERED that those matters remaining for consideration before this court after the hrg. on 9/10/76 are cont'd. to September 20, 21, 23 & 24, 1976 at 10 A.M. (FJRH) ent 9/14/76 |
| 9/15/76 | 90 | M.R. on subp. to Etienne (Sonny) Iellegal, Jr. on 9/9/76 |
| 9/17/76 | 91 | USA's request & issg. of 3 subps. |
| 9/20/76 | 92 | Intervenor, USA's notice to take depos of Grawood Christian Schools 1:30 p.m., 9/15/76. |
| 9/21/76 | 93 | Pltf's. opposition to mtn. to intervent |
| 9/21/76 | 94 | M.E. ORDERED that the hrg. set to begin on 9/20/76 is Cancelled for this date only. the hrg. will resume on 9/21/76 at 10 A.M. (FJRH) ent 9/22/76 |
| 9/21/76 | 95 | Depo. of Jerry W. Barker on 9/15/76 |
| 9/21/76 | 96 | Depo. of Lloyd M. Rainer on 9/15/76 |
| 9/21/76 | 97 | Depo. of Leonard O. Nichols on 9/15/76 |
| 9/21/76 | 98 | Depo. of John R. Hasty on 9/15/76 |
| 9/23/76 | 99 | Govt's. mtn. to supplement Record |
| 9/24/76 | 100 | Grawood Christian Schoon's addendum to mtn. to intervene as filed on the 21st Day of 9/1976 |
| 9/24/76 | 101 | M.R. on subp. to Charles Brown; Clarence Kimble & L. M. Tinsley on 9/22/76 |
| 9/29/76 | 102 | M.E. ORDERED that the continuation of the hrg. set for 10/8/76 is cont'd. & reset for 10/15/76 at 10 A.M. (FJRH) ent 9/29/76 |
| 9/29/76 | 103 | Post Trial memorandum on behalf of West End Academy of Franklin, St. Mary Parish Louisiana |
| 10/1/76 | 104 | Memorandum on behalf of Alexandria Country Day School, Inc. |
| 10/1/76 | 105 | Rebuttal to pltf's. mtn. to supplement record |

OVER

DC-111A REV. (1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| | | | DOCKET NO. _____ |
| | | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 10/8/76 | 106 | M.E. ORDERED that the hrg. set for 10/15/76 is cont'd. to 10/18/76 at 10 A.M. (FJRH) ent 10/11/76 |
| 10/14/76 | 107 | M.E. ORDERED that the hrg. set for 10/18/76 is cancelled (FJRH) ent 10/15/76 |
| 10/10/76 | 108 | Hrg. held on mtn. to show cause; Hrg. on mtn. of U. S. to withdraw objection as to Evangeline Christian Day School - GRANTED; as to Country Day, Witnesses heard, all rests; As to Caddo Community School; Pltf.s move to admit all certification forms - Admitted; |
| 9/21/76 | 109 | As to Graywood Christian School; Witnesses sworn & heard; Stipulation entered; Graywood rests; Witnesses for Pytania Private School, Witnesses heard; Matter cont'd. to 9/23/76 at 10 A.M. |
| 9/21/76 | 110 | Witnesses cont'd.; SS to westend School; Govt. rests; As to Glen Brook, witnesses heard; Glenbrook rests. |
| 9/23/76 | 111 | As to Westend School; Witnesses heard; Govt witnesses heard, Govt. R$^E$sts; submitted; Matter cont'd. to be re-set. |
| 9/24/76 | 112 | As to Plaquemine Parish; Stipulation entered into; Witnesses for the Govt. heard; Govt. rests - submitted; Matter cont'd. to be reset |
| 10/26/76 | 113 | Defts, River Oaks Academy, Delta Heritage, Promise Land, & McBride Schools mtn. to dismiss for failure to state a claim under Rule 12-B |
| 11/24/76 | 114 | JOINT MTN & ORDER(FJRH)11/24/76 FOR AN EXTENSION OF TIME-that plfts & plft-intervenor may file objections w/Court, concerning eligibility of 24 private schools, which were the sub of this Court's July 30, 1976 & Sept 10, 1976 orders, to receive State assistance. Any & all objections shall be filed on or before March 31, 1976.  Ent 11/26/76 |
| 12/1/76 | 115 | Depo. of Albert C. LaFrance, Jr. on 9/2/76. |
| 12/1/76 | 116 | Depo. of Rev. Olin Jones on 9/1/76. |
| 12/1/76 | 117 | Depo. of Fritts Martines on 9/3/76. |
| 12/1/76 | 118 | Depo. of Harry B. DeKay, Jr. on 9/3/76. |
| 12/1/76 | 119 | Depo of Frank J. Patti, on 9/26/76. |
| 12/1/76 | 120 | Depo. of Harold Paul Gautreaux on 9/26/76. |
| 12/1/76 | 121 | Depo. of Frank Fernandez on 9/3/76. |
| 12/1/76 | 122 | Depo. of A. V. Cousin on 9/2/76. |
| 12/13/76 | 123 | M.E. In conclusion, the Court does not feel that it can approve any of the schools involved in these proceedings for state assistance at this time. Accordingly, the Court directs the plaintiffs and the government jointly to present it with an appropriate form of order. (FJRH) ent. 12/14/76 |

(see #5)

DC-111A REV. (1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 71-1316 |
|---|---|---|
| OLESS BRUMFIELD, et al | William J. Dodd, et als | PAGE 5 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1/3/77 | 124 | Depo. of Cecil C. Ross on 8/27/76 |
| 1/3/77 | 125 | Depo. of Sid A. Dean on 8/27/76 |
| 1/11/77 | 126 | ORDER that 14 schools listed shall immediately return all state owned textbooks not currently being used; private schools listed shall purchase their own textbooks & when they arrive shall return to State all textbooks temporarily retained. Private schools listed in no event shall retain books beyond 5/31/77; Dept of Ed. shall insure that all books are returned by 6/7/77; Students at Briarfield Academy & Plaquemines Parishe Independent Schools shall stop receiving free bus transportation; Dept to file report by 6/14/77 (FJRH) ent. 1/12/77. |
| 1/27/77 | 127 | Report of Plaquemines Parish Independent School in compliance of order dated 1/11/77 |
| 1/27/77 | 128 | Report of Depart of Eduaction, State of Louisiana in compliance of Order dated 1/12/77 for an extension of time for returning state owned textbooks, Library books & other materials for the following private schools;<br>   a. Alexandria Country Day (Rapides)<br>   b. Briarfield Academy (E.Carroll)<br>   c. Glenbrook School (webster)<br>   d. Natchitoches Academy (Natchitoches)<br>   e. West End Academy (St. Mary)<br>   f. West Side Academy (W.Baton Rouge) &<br>   g. Winn Academy (Winn) |
| 2/23/77 | 129 | Pltf's.mtn. for award of interim attorney's fees; Hrg. 2/23/77 |
| 2/23/77 | 130 | Pltf's. nts. of depo. of Ms. Yvonne Borlinghaus, John Pace on 3/7/77 |
| 2/23/77 | 131 | Hrg. on mtn of pltfs. for award of interim atty's. fees - submitted |
| 3/1/77 | 132 | M.R. on subp. to John Pace-Interstate School Supply Co. on 2/28/77 |
| 3/2/77 | 133 | Joint mtn. for a supplemental order: hrg. 3/23/77 |
| 3/7/77 | 134 | M.R. on subp. to Yvonne Borlinghaus - School Book Supply Co. on 3/1/77 |
| 3/23/77 | 135 | Hrg. on the mtn. of pltfs. & Pltf-intervenor for a suppl. order - Submitted |
| 3/30/77 | 136 | M.E./ of 3/25/77 ORDERED that the joint mtn. of pltf. & pltf.-intervenor for a suppl. order is GRANTED (FJRH) ent 3/30/77 |
| 3/31/77 | 137 | M.E./ of 3/25/77 ORDERED that the mtn of pltf. for an award of interim attorney's fee, be, & the same is GRANTED in the amt of $6,990.00 (FJRH) ent 4/1/77 |
| 4/6/77 | 138 | Joint objection of the pltfs & Pltf.-intervenor |
| 4-20-77 | 139 | Gov't. Mtn. to add parties deft. and for suppl. relief or mtn. for consolid.; Hrg. 5-18-77. |
| 4/25/77 | 140 | Depos. of John Herman Pace taken on 3/7/77. |
| 3-31-77 | 137a | Govt. Mtn. for Order to Show Cause (unsigned order). |

DC-111A REV. (1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. _____ PAGE ____ OF ____ PAGES |
|---|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 5-11-77 | 141 | Mtn & ORDERED that Mtn of Govt to add pties Deft. & in alt. to consolidate is cont'd to 6-1-77 (FJRH) 5-12-77 Ent. 5-12-77. |
| 5/17/77 | 142 | M.E. of 5/17/77; ORDERED that a hrg. is set for 6/16/77 at 10 A.M. on issues involving the Plaquemines Parish Independent Schools; & ORDERED that the mtn. presently set for 6/1/77 is cont'd. to 6/16/77 (FJRH) ent 3/17/77 |
| 5/18/77 | 143 | Hrg. on mtn of U. S. to add parties deft. & for suppl. relief or in the alternative mtn. for consl. is cont'd. to 6/16/77 at 10 A.M. |
| 5-18-77 | 144 | Corrected M.E. of 5-18-77 Mtn. of U.S. to add parties deft. & suppl. relief or in the alternative mtn. for consl. is cont'd to Thurs., 6-16-77 at 10 A.M. |
| 6/6/77 | 145 | Govt's. request for 15 sets subps. - issued |
| 6/8/77 | 146 | M.R. on subp. to Mrs. Morris L. Parker on 6/7/77; Albert Isidore, Mrs. Albert Isidore, Ernest Emmett Burrle, Ms. Cynthia Mae Burrle, Michael James, Mrs. Alberta Anderson, Reve. Percy Griffin,, Ms. Mary Lee Smith, Ms. Theresa Wms., Mr. Albert Mackey all on 6/7/77 |
| 6/9/77 | 147 | M.R. on subp. to Rev. Emmett Semmers; Preston Parker & Mary Ducro on 6/8/77 |
| 6/9/77 | 148 | M.R. on subp. to Mrs. Martha E. Davis on 6/8/77 |
| 6/10/77 | 149 | M.R. on subps/to Ernest Johnson & Chanlin o Perez on 6/9/77 |
| 6/10/77 | 150 | M.R. on subp. to Morris Roberts, John A. Means, Joseph Depley, Charles Johnson E. J. Moore, Jr., W. A. Schultheis, Jr., Gerald Kimble, Fay Forshee & Paul Broussard on 6/9/77 |
| 6-13-77 | 151 | Govt's request for 1 set of spa - Issd. |
| 6-13-77 | 152 | M.R. on Spa to Clarence Taylor on 6-10-77; |
| 6/14/77 | 153 | M.R. on subp. to James Tingstrom, III on 6/13/77 |
| 6-15-77 | 154 | Mtn & ORDERED that West End Academy be allowed to withdraw exhibits introduced on its behalf at hrng held 9-23-76. (FJRH) Ent. 6-16-77. |
| 6-15-77 | 155 | M.R. on Spa to Marion S. Smith svd pers on 6-14-77. |
| 6/17/77 | 156 | Hrg. on mtn of U. S. to add parties & for suppl. relief or in the alternative, mtn. for consolidation; Witnesses heard; findings of fact & conclusions of law to be filed by 6/27/77 - Matter submitted |
| 6/16/77 | 157 | Hrg. on mt nof U. S. to add parties & for suppl. relief or in the alternative mtn for consolidation; Witnesses heard; Matter cont'd. to 6/17/77 at 10 A.M. |
| 6/27/77 | 158 | Memorandum |
| 7/6/77 | 159 | Joint objection of the pltfs. & Pltf-intervenors |
| 7/5/77 | 158A | Joint Mtn. & ORDERED that the U. S. A. ispermitted to withdraw its 3/31/77 show cause mtn. (FJRH) ent 7/6/77 |

DC-111A REV. (1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. 71-1316 |
|---|---|---|---|
| OLESS BRUMFIELD, ET AL | | WILLIAM J. DODD, ET AL | PAGE 6 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 7-6-77 | 160 | Proposed findings of fact of Plaquemines Parish Commission Council and School Bd. |
| 7-6-77 | 161 | Suggested findings of fact of Plaquemines Parish Independent Schools. |
| 7-6-77 | 162 | Memorandum of Plaquemines Parish Independent Schools. |
| 7-6-77 | 163 | Memorandum in opposition to application of the Plaquemine Parish Independent Schools to be relieved of the effect of the Court's Order of 12-13-76, and in support of mtn. by United States to add parties deft. and for supplemental relief. |
| 7-6-77 | 164 | Post Trial Brief of the United States. |
| 7/18/77 | 165 | M.E.: ORDERED that deft, State Borad of Elementary & Secondary Education is directed not to certify the schools of the Plaquemines Parish Independent School System at this time; & ORDERED that the Plaquemines Parish Commission Council is hereby, made a party deft. to this suit and, as such, is ORDERED to cease transportat on of students who attend schools which belong to the Plaquemines Parish Independent School System (FJRH) ent 7/18/77 |
| 8/22/77 | 166 | Pltf's. interrogs to Plaquemines Parish Commission Council |
| 8/24/77 | 167 | Pltfs. mtn. for award of Attorney's fee; Hrg. 9/7/77 |
| 9/1/77 | 168 | Govt's. request for 5 subps. - issued |
| 9/1/77 | 169 | Govts. nts. of depo. of Mr. Marion S. Smith, Frank J. Patti & Kermit A. Ballay, Harold P. Gaureaux & Plaquemines Parish Commission Council on 9/8/77 |
| 9/6/77 | 170 | Affidavit by George Strickler, Atty. for pltf. of time spent on case from 1/24/77 to present |
| 9/7/77 | 171 | Hrg. on mtn. of pltfs. for award of attorney's fees; SUBMITTED. |
| 9-8-77 | 172 | M.R. on Subp. to Frank Patti, thru sec. 9-6-77; to Kermit Ballay returned unsvd 9-6-77; tb Harold Gautreaux thru sec. 9-6-77; to Plaquemines Par. Commission Council thru sec. 9-7-77; to Marion Smith thru sec. 9-6-77. |
| 9-12-77 | 173 | M.E. & ORDERED that Mtn of Pltfs for award of attorney's fee is Granted. (FJRH) Ent. 9-13-77. |
| 9-13-77 | 174 | Deft. Plaquemines Parish Commission Council's answers to interrogs. |
| 9-21-77 | 175 | Deposition of Marion S Smith, 9-13-77 |
| 9-21-77 | 176 | Deposition of Harold P. Gautreaux, 9-13-77. |
| 9-21-77 | 177 | Deposition of Luke A Petrovich, 9-13-77. |
| 9-21-77 | 178 | Deposition of Frank J. Patti, 9-13-77. |
| OCT 14 1977 | 179 | ALLOTTED TO: MAGISTRATE DIVISION #2 |
| 1-19-78 | 180 | JUDGMENT ORDERED in favor of George M. Strickler, Jr. and against J. Kelly Nix, in amount of $2,494.75, with interest to run from date of original order, 9-12-77, and costs. (FJR Heebe) Ent. 1-20-78 |

(over)

DC-111A REV. (1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | | DEFENDANT | DOCKET NO. _____ |
|---|---|---|---|---|
| | | | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 12/30/81 | 181 | Pltfs' objection to Certification of Eligibility and ORDER that forgoing objections of the Bowling Green School of Franklinton, La. be filed into the rec (FJRH) 1/4/82 ent 1/5/82/ |
| 6-7-85 | 182 | CONSENT DECREE: ORDERED that defts are enjoined from failing to implement the following as specificially ..., (FJRH) 6-10-85 dktd 6-10-85. |
| 8/10/88 | 183 | Pltf's ntc of address change of counsel for same. |
| 8/22/97 | 184 | Copy of /Letter to Principal of Claiborne Academy dated 7/21/98 from the Education Executive Administrator, office of the superintendent in re: application for non-public school approval under the mandate of Brumfield v. Dodd. |
| 8/22/97 | 185 | Copy of a letter dated 7/18/97 to Roland W. Mason Headmaster, Plain Dealing Academy dated 7/18/97 in re: application for non-public school approval under the under the mandates of Brumfield v. Codd from Gary W. Reed, Education Executive Administrator, Office of the superintendent. |
| 1/30/98 | 186 | Copy of a letter dated 1/22/98 to Judith Jaubert, Administrative Assistant New Orleans Jewish Day School in re: notification that the State Board of Elementary & Secondary Education concurred at its meeting of 1/22/98 that your institution is in compliance with the requirements of Brumfield v. Dodd from the Cecil J. Picard, State Superintendent of Education. |
| 2/25/98 | 187 | Copy of a letter dated 2/11/98 to Pauline Miller, Education Opportuties Section in re: notification of applying for non-public school approval of Claiborne Christi School. |
| 2/25/98 | 188 | Copy of a letter dated 12/12/98 to Pauline Miller in re: non-public school approval of Summit School in Ouachita Parish. |
| 3/11/98 | 189 | Copy of a letter dated 3/2/98 to Pauline Miller in re: notification of applying for non-public school approval by Bethel Christian School. |

DC-111A REV. (1/75)